IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02657-BNB

ZACHARY MORENO,

    Plaintiff,

v.

LUIS HERNANDEZ, Adams County Sherrifs [sic] Deputy,
MELANIE GREGOR, TCM or Warden,
ADAMS COUNTY, COLORADO, and
ADAMS COUNTY DETENTION FACILITY,

    Defendants.

## ORDER ALLOWING PLAINTIFF LEAVE TO PROCEED
## WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

On December 29, 2005, the court granted Plaintiff Zachary Moreno leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Mr. Moreno either to pay an initial partial filing fee of $7.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On January 5, 2006, Mr. Moreno submitted a copy of his inmate trust fund account statement showing that the available balance in his account as of December 5, 2005, is - $11.14. The financial affidavit previously filed by Mr. Moreno reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the

filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Moreno will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's December 29, 2005, order. The court will proceed to review the complaint pursuant to § 1915 (e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Moreno remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's December 29 order and reiterated below. Accordingly, it is

ORDERED that Mr. Moreno may proceed in this action without payment of the initial partial filing fee designated in the court's December 29, 2005, order because he has shown cause why he has no means by which to pay an initial partial filing fee. Mr. Moreno remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Moreno shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Moreno is directed to make the necessary arrangements to have the monthly payments identified by the civil action

number on this order. It is

FURTHER ORDERED that if Mr. Moreno fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this 17th day of January, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02657-BNB

Zachary Moreno
Prisoner No. 05-12899
Adams County Det. Facility
PO Box 5001
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/18/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk