IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02657-BNB

ZACHARY MORENO,

    Plaintiff,

v.

LUIS HERNANDEZ, Adams County Sherrifs [sic] Deputy,
MELANIE GREGORY, TCM or Warden,
ADAMS COUNTY, COLORADO, and
ADAMS COUNTY DETENTION FACILITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the request for production of documents and response to the February 15, 2006, order for an amended complaint that Plaintiff Zachary Moreno submitted and the Court filed on February 23, 2006. The request for production of documents is DENIED as premature. Plaintiff's request in his response to the February 15 order for the appointment of counsel to represent him also is DENIED as premature. To the extent Plaintiff also requests additional time in the law library, the request is DENIED. Plaintiff continues to have thirty days from the date of the February 15 order in which to submit an amended complaint as directed. Failure to do so within the time allowed will result in the dismissal of this action.

Dated: February 27, 2006

Copies of this Minute Order mailed on February 27, 2006, to the following:

Zachary Moreno
Prisoner No. 05-12899
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

                                          Secretary/Deputy Clerk